# Hecker Fink LLP

**NEW YORK | WASHINGTON, DC | LOS ANGELES**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

scrowley@heckerfink.com

June 11, 2026

**BY CM/ECF**

> This request is GRANTED *nunc pro tunc.* SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> June 12, 2026

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Spagnuolo*, 26 Mag. 2020

Dear Judge Netburn:

Defendant Michele Spagnuolo respectfully writes to request an extension of the deadline to satisfy the bond the Court imposed from June 11, 2026 to June 15, 2026. We understand the government has received $925,087.19 to date, and its system reflects that a wire transfer has been initiated, which would satisfy the outstanding balance. We have provided the government with additional paperwork documenting the wire transfer. Although we anticipate that the wire transfer will be received by the government tomorrow, we respectfully seek an extension until Monday, June 15, 2026, out of an abundance of caution. The government does not object to this request. All other bond conditions would remain the same.

Respectfully submitted,

Shawn G. Crowley
Michael Ferrara
Allison Durkin
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
mferrara@heckerfink.com
scrowley@heckerfink.com
adurkin@heckerfink.com

Counsel for Michele Spagnuolo

cc:     AUSA Ryan Finkel