**Hecker Fink LLP**

**NEW YORK | WASHINGTON, DC | LOS ANGELES**

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

mferrara@heckerfink.com

June 25, 2026

**BY CM/ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Spagnuolo*, 26 Mag. 2020

Dear Judge Netburn:

We represent Michele Spagnuolo and respectfully write to request a modification to his conditions of release to permit him to attend a social event with undersigned counsel on Saturday, June 27, 2026, in the District of New Jersey. Mr. Spagnuolo's conditions of release restrict his travel to the Southern District of New York and Eastern District of New York. Pretrial Services consents to the requested modification, and the government has no objection.

Mr. Spagnuolo also requests permission to open a vested benefits account with Finpension for his Swiss pension. As an employee at Google Switzerland GmbH ("Google"), Mr. Spagnuolo had a mandatory occupational pension fund with Google. Because Mr. Spagnuolo's employment was terminated, he is required to transfer his accumulated retirement savings from Google's pension fund to a separate vested benefits account. Mr. Spagnuolo's conditions of release prohibit him from opening new bank accounts without prior approval. Pretrial Services has approved Mr. Spagnuolo's request to open the requested account. The government does not object.

All other bond conditions would remain the same.

Respectfully submitted,

The bail modification requests are GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated:    June 25, 2026
         New York, New York

cc: